**ORIGINAL**

—FILED   —RECEIVED
—ENTERED   —SERVED ON
COUNSEL/PARTIES OF RECORD

2004 APR -8  P 2: 50

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

1  CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
2  3745 Edison Avenue
Las Vegas, Nevada 89121
3  Phone: (702) 435-7968; Fax: (702) 435-6659

4  Attorney for Plaintiff

5

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

8  STEVEN M. GAMSON,

9  **Plaintiff,**

10  vs.

11  KRAVITZ, SCHNITZER & SLOANE CHTD,
a Nevada professional corporation, and
12  JEFFREY G. SLOANE, an individually, DOES
I-V, inclusive and ROE Corporations VI-X,
13  inclusive,

14  **Defendants.**

15

**CASE NO.:**   CV-S-03-1328 KJD (PAL)

**WAIVER OF SERVICE OF SUMMONS**

16  TO:   CRAIG B. FRIEDBERG, ESQ., attorney for Plaintiff STEVEN M. GAMSON;

17        I acknowledge receipt of your request that I waive service of a summons in the action of

18  Gamson v. Kravitz, Scnitzer & Sloane Chtd., et al., which is case number CV-S-03-1328 KJD (PAL)

19  in the United States District Court for the District of Nevada. I have also received a copy of the

20  complaint in the action, two copies of this instrument, and a means by which I can return the signed

21  waiver to you without cost to me.

22        I agree to save the cost of service of a summons and an additional copy of the complaint in

23  this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial

24  process in the manner provided by Rule 4.

25        I (or the entity on whose behalf I am acting) will retain all defenses or objections to the

26  lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the

27  summons or in the service of the summons.

28  ///

*Law Office of*
**CRAIG B. FRIEDBERG, ESQ.**
3745 EDISON AVENUE
LAS VEGAS, NEVADA 89121
(702) 435-7968   Telecopier (702) 435-6659

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after December 26, 2003, or within 90 days after that date if the request was sent outside the United States.

DATED this __26__ day of __March__ 2004.

_____
Signature

_Abran Vigil, bar no: 7548_
Print Name

(As _Attorney for Jeff Sloane_
of _____ )

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

In compliance with Rules of Civil Procedure 4

Law Office of
CRAIG B. FRIEDBERG, ESQ.
3745 EDISON AVENUE
LAS VEGAS, NEVADA 89121
(702) 435-7968   Telecopier (702) 435-6659

-2-